# United States District Court
for the
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.   Case No. 2:20-mj-165

CLIFF DEREK URBAN   **UNDER SEAL**

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of August 2, 2017, January 27, 2018, October 3, 2019, and February 26, 2020, in the county of Lake in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(a)(6) | Making a Material False Statement in the Acquisition of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

√ Continued on the attached sheet.

_____
Complainant's signature
Special Agent, Brian Graves
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

October 1, 2020   s/Andrew P. Rodovich
Date   Judge's Signature

Hammond, Indiana   Andrew P. Rodovich, U.S. Magistrate Judge
City and State   Name and Title of Judicial Officer